UNITED STATES of America,
Plaintiff–Appellee,

v.

Dashawn Quantravious LEWIS,
Defendant–Appellant.

No. 09–11710
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 7, 2009.

Dashawn Quantravious Lewis, Jonesville, VA, pro se.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Dashawn Quantravious Lewis in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant on the ground that the appeal has no arguable merit, and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lewis's conviction and sentence are **AFFIRMED.**